**Order filed April 1, 2022**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-21-00134-CV

———————

### CAROLINE N. OGU, Appellant

### V.

### SOLOMON ERIC BOWENS, Appellee

**On Appeal from the County Court at Law No 6**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-CCV-067418**

# O R D E R

The clerk's record was filed March 24, 2021. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Plaintiff's Opposed Motion for Summary Judgment" and attached Exhibits A, B, C, D, E, F, G, and H filed December 7, 2020.

The Fort Bend County Clerk is directed to file a supplemental clerk's record on or before **April 11, 2022**, containing Plaintiff's Opposed Motion for Summary Judgment" and attached Exhibits A, B, C, D, E, F, G, and H filed December 7, 2020.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, Hassan.